[No. 38728-0-II.   Division Two.   July 29, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ARNOLD JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00900-9, Roger A. Bennett, J., entered December 12, 2008. *Reversed* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38857-0-II.   Division Two.   July 29, 2010.]

THE CITY OF PUYALLUP, *Appellant*, v. MICHAEL STANZEL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-15809-3, Thomas P. Larkin, J., entered January 30, 2009. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 39223-2-II.   Division Two.   July 29, 2010.]

*In the Matter of the Parentage of J.T.G.-S.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-5-00948-9, John R. Hickman, J., entered March 27, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 27906-5-III.   Division Three.   July 29, 2010.]

*In the Matter of the Marriage of* JEFF M. FUNKE, *Appellant*, and WENDY D. FUNKE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-3-01738-9, Harold D. Clarke III, J., entered March 3, 2009. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.